**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**TRACY COATES**     **PLAINTIFF**

**V.**     **NO. 3:20-CV-25-DMB-RP**

**SAIA MOTOR FREIGHT LINE, LLC,
a/k/a SAIA LTL FREIGHT; MARCUS
MORROW; and JOHN DOES 1-10**     **DEFENDANTS**

**consolidated with**

**VALERIE MCCLURE**     **PLAINTIFF**

**V.**     **NO. 3:20-CV-26-DMB-RP**

**SAIA MOTOR FREIGHT LINE, LLC,
a/k/a SAIA LTL FREIGHT; MARCUS
MORROW; and JOHN DOES 1-10**     **DEFENDANTS**

**ORDER**

On or about January 20, 2021, the parties in these consolidated cases informed the Court that the cases have settled. Accordingly, all pending motions[1] in these cases are **DENIED without prejudice**.[2]

**SO ORDERED**, this 12th day of March, 2021.

                                             **/s/Debra M. Brown**
                                             **UNITED STATES DISTRICT JUDGE**

---

[1] In the lead case, see Documents #96, #169, #185, #191, #192, #195, #217, #219, #221, #227, #230, #231, #233, #235, #237, #238, #240, #242, #245, #247. In the member case, see Documents #88, #150, #169, #170, #173, #196, #197, #199, #205, #208, #209, #211, #213, #215, #216, #218, #220, #223, #225.

[2] Should the parties not consummate the settlement, any of the motions denied by this order may be re-filed, if appropriate.